UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EDWIN ZAYAS,                                      :

                                ORDER OF DISCONTINUANCE

        Plaintiff,                                :

                            17 Civ. 5946 (GWG)

    -v.-                                             :

EMPIRE DINER OF NYC LLC, et al.,       :

        Defendants.                          :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      By letter dated July 2, 2018, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: July 3, 2018
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge